UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.         CR. NO. S-04-233 LKK

STEVEN PETER HUARTE,

    Defendant.
_____/

UNITED STATES OF AMERICA,

    Plaintiff,

  v.         CR. NO. S-05-163 WBS

SEALED          <u>RELATED CASE ORDER</u>

    Defendant.
_____/

  Examination of the above-entitled criminal actions reveals that the two (2) actions are related within the meaning of Local Rule 83-123, E.D. Cal. (1997). The actions arise out of the same transaction or series of transactions, and would therefore entail a substantial duplication of labor if heard by different judges.

Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rules 83-123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CR. NO. S-05-163 WBS be, and the same hereby is, reassigned to Judge Lawrence K. Karlton for all further proceedings. Henceforth the caption on all documents filed in the reassigned case shall be shown as CR. NO. S-05-163 LKK.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

DATED: May 2, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2