PROB 35

## ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| **vs.** | ) | **Docket Number: 2:04CR00233-01** |
| | ) | |
| Steven Peter HUARTE | ) | |
| | ) | |

On April 26, 2005, the above-named was sentenced to 67 months custody of the Bureau of Prisons followed by a 4-year term of supervised release, which commenced on February 13, 2009.  He has complied with the rules and regulations of supervision and has paid all of his court-imposed financial obligations.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Phil R. Hendley, Jr.
**Phil R. Hendley, Jr.**
**United States Probation Officer**

Dated:       April 18, 2011
             Modesto, California
             PRH/lr

**REVIEWED BY:**   /s/ Deborah A. Spencer
             **Deborah A. Spencer**
             **Supervising United States Probation Officer**

## ORDER OF COURT

It is ordered that Steven Peter Huarte be discharged from supervised release, and that the proceedings in the case be terminated.

 April 18, 2011
**Date**

**Honorable Lawrence K. Karlton**
**Senior United States District Judge**

Attachment:   Recommendation
cc:    United States Attorney's Office